IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 08-221 |
| ) | |
| MARK ANTHONY JACKSON, ) | |
| Defendant. ) | |

<u>ORDER</u>

AND NOW, this 21st day of April, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 18, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, April 27, 2009 at 9:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that jury selection and trial in the instant case, scheduled to begin April 27, 2009, is hereby cancelled.

BY THE COURT:

<u>s/Gary L. Lancaster</u>,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:  Constance M. Bowden,
     Assistant United States Attorney

     Thomas Livingston,
     Assistant Federal Public Defender

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation